| Pay Date: | 03/27/2020 | Company: 87057 - ANRO INC | Emp #: A171 |
| Period Start: | 03/08/2020 | 931 SOUTH MATLACK STREET | Dept: 50 - Bindery |
| Period End: | 03/21/2020 | WEST CHESTER PA 19382 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.62 | 72.00 | 1412.64 | 9691.62 |
| Overtime | 29.43 | 0.75 | 22.07 | 101.19 |
| Sick | 19.62 | 0.00 | 0.00 | 313.92 |
| Vacation | 19.62 | 8.00 | 156.96 | 313.92 |
| Holiday | 19.62 | 0.00 | 0.00 | 444.96 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 1085.21 |
| **Gross** | | 80.75 | 1746.70 | 11950.82 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 157.99 | 1073.77 |
| Medicare | | | 25.28 | 172.99 |
| Social Security | | | 108.11 | 739.69 |
| Penn. State W/H(H/1) | | | 53.53 | 366.26 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 17.44 | 119.31 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 14.00 |
| Pennsylvania UI/HC/WF | | | 1.05 | 7.18 |
| **Deductions** | | | | |
| 401 K % | | | 52.40 | 358.51 |
| AD&D | | | 2.54 | 17.78 |
| Accident Insurance | | | 3.76 | 26.32 |
| Vision | | | 2.90 | 20.30 |
| Voluntary Critical EE | | | 1.15 | 8.05 |
| Voluntary Life Employee | | | 4.62 | 32.34 |
| **Net Pay** | | | 1313.93 | 8994.32 Voucher No. 239603905DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1313.93 | 8994.32 A/C:8215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | | 13.10 | 89.62 | *Company Match |

# Earnings Statement

| | |
|---|---|
| Pay Date: | 03/13/2020 |
| Period Start: | 02/23/2020 |
| Period End: | 03/07/2020 |

931 SOUTH MATLACK STREET
WEST CHESTER PA 19382

Emp #: A171
Dept: 50 - Bindery
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.62 | 79.75 | 1564.70 | 8278.98 |
| Overtime | 29.43 | 0.50 | 14.72 | 79.12 |
| Sick | 19.62 | 0.00 | 0.00 | 313.92 |
| Vacation | 19.62 | 0.00 | 0.00 | 156.96 |
| Holiday | 19.62 | 0.00 | 0.00 | 444.96 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 930.18 |
| **Gross** | | 80.25 | 1734.45 | 10204.12 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 156.56 | 915.78 |
| Medicare | | | 25.11 | 147.71 |
| Social Security | | | 107.36 | 631.58 |
| Penn. State W/H(H/1) | | | 53.16 | 312.73 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 17.32 | 101.87 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 12.00 |
| Pennsylvania UI/HC/WF | | | 1.04 | 6.13 |
| **Deductions** | | | | |
| 401 K % | | | 52.03 | 306.11 |
| AD&D | | | 2.54 | 15.24 |
| Accident Insurance | | | 3.76 | 22.56 |
| Vision | | | 2.90 | 17.40 |
| Voluntary Critical EE | | | 1.15 | 6.90 |
| Voluntary Life Employee | | | 4.62 | 27.72 |
| **Net Pay** | | | 1304.90 | 7680.39 Voucher No. 237173993DD |

**Net Pay Distribution**

| | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 1304.90 | 7680.39 A/C:8215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | | 13.01 | 76.52 *Company Match | |

# Earnings Statement

VINCENT WENDOWSKI

| | | | |
|---|---|---|---|
| Pay Date: | 02/28/2020 | Company: Omelmonro Inc Page 3 of 27 | Emp #: A171 |
| Period Start: | 02/09/2020 | 931 SOUTH MATLACK STREET | Dept: 50 - Bindery |
| Period End: | 02/22/2020 | WEST CHESTER PA 19382 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.62 | 77.75 | 1525.46 | 6714.28 |
| Overtime | 29.43 | 0.00 | 0.00 | 64.40 |
| Sick | 19.62 | 0.00 | 0.00 | 313.92 |
| Vacation | 19.62 | 0.00 | 0.00 | 156.96 |
| Holiday | 19.62 | 0.00 | 0.00 | 444.96 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 775.15 |
| **Gross** | | 77.75 | 1680.49 | 8469.67 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 150.28 | 759.22 |
| Medicare | | | 24.33 | 122.60 |
| Social Security | | | 104.01 | 524.22 |
| Penn. State W/H(H/1) | | | 51.50 | 259.57 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 16.78 | 84.55 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 10.00 |
| Pennsylvania UI/HC/WF | | | 1.01 | 5.09 |
| **Deductions** | | | | |
| 401 K % | | | 50.41 | 254.08 |
| AD&D | | | 2.54 | 12.70 |
| Accident Insurance | | | 3.76 | 18.80 |
| Vision | | | 2.90 | 14.50 |
| Voluntary Critical EE | | | 1.15 | 5.75 |
| Voluntary Life Employee | | | 4.62 | 23.10 |
| **Net Pay** | | | 1265.20 | 6375.49 Voucher No. 234726723DD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 1265.20 | 6375.49 A/C:8215 |

**Employee Benefits, Allowances, and Other**

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | | 12.60 | 63.51 *Company Match | |

# Earnings Statement

| | | |
|---|---|---|
| **Pay Date:** | 02/14/2020 | Company: VINCENT ALEXANDER... Page 4 of 27 |
| **Period Start:** | 01/26/2020 | 931 SOUTH MATLACK STREET |
| **Period End:** | 02/08/2020 | WEST CHESTER PA 19382 |

Emp #: A171
Dept: 50 – Bindery
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.62 | 72.00 | 1412.64 | 5188.82 |
| Overtime | 29.43 | 1.25 | 36.79 | 64.40 |
| Sick | 19.62 | 0.00 | 0.00 | 313.92 |
| Vacation | 19.62 | 8.00 | 156.96 | 156.96 |
| Holiday | 19.62 | 0.00 | 0.00 | 444.96 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 620.12 |
| **Gross** | | 81.25 | 1751.42 | 6789.18 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 159.70 | 608.94 |
| Medicare | | | 25.49 | 98.27 |
| Social Security | | | 109.03 | 420.21 |
| Penn. State W/H(H/1) | | | 53.99 | 208.07 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 17.59 | 67.77 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 8.00 |
| Pennsylvania UI/HC/WF | | | 1.06 | 4.08 |
| **Deductions** | | | | |
| 401 K % | | | 52.84 | 203.67 |
| AD&D | | | 2.54 | 10.16 |
| Accident Insurance | | | 3.76 | 15.04 |
| Vision | | | 2.90 | 11.60 |
| Voluntary Critical EE | | | 1.15 | 4.60 |
| Voluntary Life Employee | | | 4.62 | 18.48 |
| **Net Pay** | | | 1324.75 | 5110.29 Voucher No. 232344390DD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 1324.75 | 5110.29 A/C:8215 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | | 13.21 | 50.91 *Company Match | |

# Earnings Statement

| | | |
|---|---|---|
| Pay Date: | 01/31/2020 | Company: IZMONRO INC |
| Period Start: | 01/12/2020 | 931 SOUTH MATLACK STREET |
| Period End: | 01/25/2020 | WEST CHESTER PA 19382 |

Emp #: A171
Dept: 50 - Bindery
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.62 | 62.75 | 1231.16 | 3776.18 |
| Overtime | 29.43 | 0.00 | 0.00 | 27.61 |
| Sick | 19.62 | 16.00 | 313.92 | 313.92 |
| Holiday | 19.62 | 0.00 | 0.00 | 444.96 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 465.09 |
| **Gross** | | 78.75 | 1700.11 | 5027.76 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 152.56 | 449.24 |
| Medicare | | | 24.61 | 72.78 |
| Social Security | | | 105.23 | 311.18 |
| Penn. State W/H(H/1) | | | 52.10 | 154.08 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 16.97 | 50.18 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 6.00 |
| Pennsylvania UI/HC/WF | | | 1.02 | 3.02 |
| **Deductions** | | | | |
| 401 K % | | | 51.00 | 150.83 |
| AD&D | | | 2.54 | 7.62 |
| Accident Insurance | | | 3.76 | 11.28 |
| Vision | | | 2.90 | 8.70 |
| Voluntary Critical EE | | | 1.15 | 3.45 |
| Voluntary Life Employee | | | 4.62 | 13.86 |
| **Net Pay** | | | 1279.65 | 3785.54 Voucher No. 229956374DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1279.65 | 3785.54 A/C:8215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | 12.75 | 37.70 *Company Match | | |

# Earnings Statement

VINCENT WENDOWSKI

| | | |
|---|---|---|
| Pay Date: | 01/17/2020 | Company: DSM ARMSTRONG INC |
| Period Start: | 12/29/2019 | 931 SOUTH MATLACK STREET |
| Period End: | 01/11/2020 | WEST CHESTER PA 19382 |

Emp #: A171
Dept: 50 - Bindery
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.62 | 71.00 | 1393.02 | 2545.02 |
| Overtime | 29.43 | 0.25 | 7.36 | 27.61 |
| Holiday | 19.62 | 8.00 | 156.96 | 444.96 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 310.06 |
| **Gross** | | 79.25 | 1712.37 | 3327.65 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 153.99 | 296.68 |
| Medicare | | | 24.79 | 48.17 |
| Social Security | | | 105.98 | 205.95 |
| Penn. State W/H(H/1) | | | 52.48 | 101.98 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 17.09 | 33.21 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 4.00 |
| Pennsylvania UI/HC/WF | | | 1.03 | 2.00 |
| **Deductions** | | | | |
| 401 K % | | | 51.37 | 99.83 |
| AD&D | | | 2.54 | 5.08 |
| Accident Insurance | | | 3.76 | 7.52 |
| Vision | | | 2.90 | 5.80 |
| Voluntary Critical EE | | | 1.15 | 2.30 |
| Voluntary Life Employee | | | 4.62 | 9.24 |
| **Net Pay** | | | 1288.67 | 2505.89 Voucher No. 227444524DD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 1288.67 | 2505.89 A/C:8215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | 12.84 | 24.95 *Company Match | | |

# Earnings Statement

VINCENT WENDOWSKI

| | | | |
|---|---|---|---|
| Pay Date: | 01/03/2020 | Company: DOCUMENTO INC | Emp #: A171 |
| Period Start: | 12/15/2019 | 931 SOUTH MATLACK STREET | Dept: 50 - Bindery |
| Period End: | 12/28/2019 | WEST CHESTER PA 19382 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 64.00 | 1152.00 | 1152.00 |
| Overtime | 27.00 | 0.75 | 20.25 | 20.25 |
| Holiday | 18.00 | 16.00 | 288.00 | 288.00 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 155.03 |
| **Gross** | | 80.75 | **1615.28** | **1615.28** |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 142.69 | 142.69 |
| Medicare | | | 23.38 | 23.38 |
| Social Security | | | 99.97 | 99.97 |
| Penn. State W/H(H/1) | | | 49.50 | 49.50 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 16.12 | 16.12 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 2.00 |
| Pennsylvania UI/HC/WF | | | 0.97 | 0.97 |
| **Deductions** | | | | |
| 401 K % | | | 48.46 | 48.46 |
| AD&D | | | 2.54 | 2.54 |
| Accident Insurance | | | 3.76 | 3.76 |
| Vision | | | 2.90 | 2.90 |
| Voluntary Critical EE | | | 1.15 | 1.15 |
| Voluntary Life Employee | | | 4.62 | 4.62 |
| **Net Pay** | | | **1217.22** | **1217.22** Voucher No. 225153763DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1217.22 | 1217.22 A/C:8215 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | 12.11 | 12.11 *Company Match | | |

| Pay Date: | 01/31/2020 | Company: 0ZD57 - ANRO INC | Emp #: A171 |
|---|---|---|---|
| Period Start: | 01/12/2020 | 931 SOUTH MATLACK STREET | Dept: 50 - Bindery |
| Period End: | 01/25/2020 | WEST CHESTER PA 19382 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.62 | 62.75 | 1231.16 | 3776.18 |
| Overtime | 29.43 | 0.00 | 0.00 | 27.61 |
| Sick | 19.62 | 16.00 | 313.92 | 313.92 |
| Holiday | 19.62 | 0.00 | 0.00 | 444.96 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 465.09 |
| **Gross** | | 78.75 | 1700.11 | 5027.76 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 152.56 | 449.24 |
| Medicare | | | 24.61 | 72.78 |
| Social Security | | | 105.23 | 311.18 |
| Penn. State W/H(H/1) | | | 52.10 | 154.08 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 16.97 | 50.18 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 6.00 |
| Pennsylvania UI/HC/WF | | | 1.02 | 3.02 |
| **Deductions** | | | | |
| 401 K % | | | 51.00 | 150.83 |
| AD&D | | | 2.54 | 7.62 |
| Accident Insurance | | | 3.76 | 11.28 |
| Vision | | | 2.90 | 8.70 |
| Voluntary Critical EE | | | 1.15 | 3.45 |
| Voluntary Life Employee | | | 4.62 | 13.86 |
| **Net Pay** | | | 1279.65 | 3785.54 Voucher No. 229956374DD |

**Net Pay Distribution**

| | | Current Period | Year To Date |
|---|---|---|---|
| Direct Deposit Net Check | | 1279.65 | 3785.54 A/C 8215 |

**Employee Benefits, Allowances, and Other**

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | 12.75 | 37.70 | *Company Match | |

# Earnings Statement

| Pay Date: | 01/17/2020 | Company: 0ZD57 - ANRO INC | | Emp #: A171 |
|---|---|---|---|---|
| Period Start: | 12/29/2019 | 931 SOUTH MATLACK STREET | | Dept: 50 - Bindery |
| Period End: | 01/11/2020 | WEST CHESTER PA 19382 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.62 | 71.00 | 1393.02 | 2545.02 |
| Overtime | 29.43 | 0.25 | 7.36 | 27.61 |
| Holiday | 19.62 | 8.00 | 156.96 | 444.96 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 310.06 |
| **Gross** | | 79.25 | 1712.37 | 3327.65 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 153.99 | 296.68 |
| Medicare | | | 24.79 | 48.17 |
| Social Security | | | 105.98 | 205.95 |
| Penn. State W/H(H/1) | | | 52.48 | 101.98 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 17.09 | 33.21 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 4.00 |
| Pennsylvania UI/HC/WF | | | 1.03 | 2.00 |
| **Deductions** | | | | |
| 401 K % | | | 51.37 | 99.83 |
| AD&D | | | 2.54 | 5.08 |
| Accident Insurance | | | 3.76 | 7.52 |
| Vision | | | 2.90 | 5.80 |
| Voluntary Critical EE | | | 1.15 | 2.30 |
| Voluntary Life Employee | | | 4.62 | 9.24 |
| **Net Pay** | | | 1288.67 | 2505.89 Voucher No. 227444524DD |

**Net Pay Distribution**

| | | | Current Period | Year To Date |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1288.67 | 2505.89 A/C 8215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | 12.84 | 24.95 *Company Match | | |

# Earnings Statement

VINCENT WIENDIOWSKI

| | | | |
|---|---|---|---|
| Pay Date: | 01/03/2020 | Company: 0ZD57 - ANRO INC | Emp #: A171 |
| Period Start: | 12/15/2019 | 931 SOUTH MATLACK STREET | Dept: 50 - Bindery |
| Period End: | 12/28/2019 | WEST CHESTER PA 19382 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 64.00 | 1152.00 | 1152.00 |
| Overtime | 27.00 | 0.75 | 20.25 | 20.25 |
| Holiday | 18.00 | 16.00 | 288.00 | 288.00 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 155.03 |
| **Gross** | | 80.75 | 1615.28 | 1615.28 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 142.69 | 142.69 |
| Medicare | | | 23.38 | 23.38 |
| Social Security | | | 99.97 | 99.97 |
| Penn. State W/H(H/1) | | | 49.50 | 49.50 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 16.12 | 16.12 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 2.00 |
| Pennsylvania UI/HC/WF | | | 0.97 | 0.97 |
| **Deductions** | | | | |
| 401 K % | | | 48.46 | 48.46 |
| AD&D | | | 2.54 | 2.54 |
| Accident Insurance | | | 3.76 | 3.76 |
| Vision | | | 2.90 | 2.90 |
| Voluntary Critical EE | | | 1.15 | 1.15 |
| Voluntary Life Employee | | | 4.62 | 4.62 |
| **Net Pay** | | | 1217.22 | 1217.22 Voucher No. 225153763DD |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 1217.22 | 1217.22 A/C 5215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | 12.11 | 12.11 *Company Match | | |

# Earnings Statement

| Pay Date: | 12/20/2019 | Company: 0ZD57 - ANRO INC | Emp #: A171 |
|---|---|---|---|
| Period Start: | 12/01/2019 | 931 SOUTH MATLACK STREET | Dept: 50 - Bindery |
| Period End: | 12/14/2019 | WEST CHESTER PA 19382 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 68.75 | 1237.50 | 32692.50 |
| Overtime | 27.00 | 0.00 | 0.00 | 2234.25 |
| Sick | 18.00 | 0.00 | 0.00 | 288.00 |
| Time out | 0.00 | 8.00 | 0.00 | 0.00 |
| Vacation | 18.00 | 0.00 | 0.00 | 1440.00 |
| Bonus | | | 0.00 | 625.00 |
| Holiday | 18.00 | 0.00 | 0.00 | 1224.00 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 4030.78 |
| **Gross** | | 76.75 | 1392.53 | 42534.53 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 117.71 | 3885.53 |
| Medicare | | | 20.19 | 616.75 |
| Social Security | | | 86.34 | 2637.14 |
| Penn. State W/H(H/1) | | | 42.75 | 1305.82 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 13.93 | 425.37 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 52.00 |
| Pennsylvania UI/HC/WF | | | 0.84 | 25.55 |
| **Deductions** | | | | |
| 401 K % | | | 41.78 | 304.11 |
| AD&D | | | 2.54 | 66.04 |
| Accident Insurance | | | 3.76 | 97.76 |
| Voluntary Critical EE | | | 1.15 | 29.90 |
| Voluntary Life Employee | | | 4.62 | 120.12 |
| **Net Pay** | | | 1054.92 | 32968.44 Voucher No. 222755695DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1054.92 | 32968.44 A/C: 8215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % – Match | | 10.44 | 76.02 *Company Match | |

# Earnings Statement

VINCENT DABENDOWSKI

| Pay Date: | 12/06/2019 | Company: 0ZD57 – ANRO INC | Emp #: A171 |
| Period Start: | 11/17/2019 | 931 SOUTH MATLACK STREET | Dept: 50 – Bindery |
| Period End: | 11/30/2019 | WEST CHESTER  PA  19382 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 62.75 | 1129.50 | 31455.00 |
| Overtime | 27.00 | 1.50 | 40.50 | 2234.25 |
| Sick | 18.00 | 0.00 | 0.00 | 288.00 |
| Vacation | 18.00 | 0.00 | 0.00 | 1440.00 |
| Holiday | 18.00 | 16.00 | 288.00 | 1224.00 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 3875.75 |
| **Gross** | | **80.25** | **1613.03** | **40517.00** |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 143.37 | 3737.96 |
| Medicare | | | 23.39 | 587.50 |
| Social Security | | | 100.00 | 2512.05 |
| Penn. State W/H(H/1) | | | 49.52 | 1243.88 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 16.13 | 405.19 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 50.00 |
| Pennsylvania UI/HC/WF | | | 0.97 | 24.33 |
| **Deductions** | | | | |
| 401 K % | | | 48.39 | 243.58 |
| AD&D | | | 2.54 | 63.50 |
| Accident Insurance | | | 3.76 | 94.00 |
| Voluntary Critical EE | | | 1.15 | 28.75 |
| Voluntary Life Employee | | | 4.62 | 115.50 |
| **Net Pay** | | | **1217.19** | **31410.76** Voucher No. 220253725DD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 1217.19 | 31410.76 A/C:S215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | | 12.10 | 60.89 *Company Match | |

# Earnings Statement

| | | | | |
|---|---|---|---|---|
| Pay Date: | 12/06/2019 | Company: 0ZD57 - ANRO INC | | Emp #: A171 |
| Period Start: | 11/17/2019 | 931 SOUTH MATLACK STREET | | Dept: 50 - Bindery |
| Period End: | 11/30/2019 | WEST CHESTER  PA  19382 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 62.75 | 1129.50 | 31455.00 |
| Overtime | 27.00 | 1.50 | 40.50 | 2234.25 |
| Sick | 18.00 | 0.00 | 0.00 | 288.00 |
| Vacation | 18.00 | 0.00 | 0.00 | 1440.00 |
| Holiday | 18.00 | 16.00 | 288.00 | 1224.00 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 3875.75 |
| **Gross** | | 80.25 | 1613.03 | 40517.00 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 143.37 | 3737.96 |
| Medicare | | | 23.39 | 587.50 |
| Social Security | | | 100.00 | 2512.05 |
| Penn. State W/H(H/1) | | | 49.52 | 1243.88 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 16.13 | 405.19 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 50.00 |
| Pennsylvania UI/HC/WF | | | 0.97 | 24.33 |
| **Deductions** | | | | |
| 401 K % | | | 48.39 | 243.58 |
| AD&D | | | 2.54 | 63.50 |
| Accident Insurance | | | 3.76 | 94.00 |
| Voluntary Critical EE | | | 1.15 | 28.75 |
| Voluntary Life Employee | | | 4.62 | 115.50 |
| **Net Pay** | | | 1217.19 | 31410.76  Voucher No. 320253723DD |

| Net Pay Distribution | | |
|---|---|---|
| Direct Deposit Net Check | 1217.19 | 31410.76 A/C:8215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | 12.10 | 60.89 *Company Match | | |

# Earnings Statement

VINCENT DWENDOWSKI

| Pay Date: | 11/22/2019 |
|---|---|
| Period Start: | 11/03/2019 |
| Period End: | 11/16/2019 |

Company: 0ZD57 - ANRO INC
931 SOUTH MATLACK STREET
WEST CHESTER PA 19382

Emp #: A171
Dept: 50 - Bindery
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 63.75 | 1147.50 | 30325.50 |
| Overtime | 27.00 | 9.50 | 256.50 | 2193.75 |
| Sick | 18.00 | 0.00 | 0.00 | 288.00 |
| Time out | 0.00 | 16.00 | 0.00 | 0.00 |
| Vacation | 18.00 | 0.00 | 0.00 | 1440.00 |
| Holiday | 18.00 | 0.00 | 0.00 | 936.00 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 3720.72 |
| **Gross** | | 89.25 | 1559.03 | 38903.97 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 137.09 | 3594.59 |
| Medicare | | | 22.61 | 564.11 |
| Social Security | | | 96.66 | 2412.05 |
| Penn. State W/H(H/1) | | | 47.86 | 1194.36 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 15.59 | 389.06 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 48.00 |
| Pennsylvania UI/HC/WF | | | 0.94 | 23.36 |
| **Deductions** | | | | |
| 401 K % | | | 46.77 | 195.19 |
| AD&D | | | 2.54 | 60.96 |
| Accident Insurance | | | 3.76 | 90.24 |
| Voluntary Critical EE | | | 1.15 | 27.60 |
| Voluntary Life Employee | | | 4.62 | 110.88 |
| **Net Pay** | | | 1177.44 | 30193.57 Voucher No. 217748377DD |

**Net Pay Distribution**

| | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 1177.44 | 30193.57 A/C:8215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | 11.69 | 48.79 *Company Match | | |

# Earnings Statement

VINCENT WENDOWSKI

| Pay Date: | 11/08/2019 | Company: 0ZD57 - ANRO INC | Emp #: A171 |
|---|---|---|---|
| Period Start: | 10/20/2019 | 931 SOUTH MATLACK STREET | Dept: 50 - Bindery |
| Period End: | 11/02/2019 | WEST CHESTER PA 19382 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 71.75 | 1291.50 | 29178.00 |
| Overtime | 27.00 | 0.00 | 0.00 | 1937.25 |
| Sick | 18.00 | 0.00 | 0.00 | 288.00 |
| Time out | 0.00 | 8.00 | 0.00 | 0.00 |
| Vacation | 18.00 | 0.00 | 0.00 | 1440.00 |
| Holiday | 18.00 | 0.00 | 0.00 | 936.00 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 3565.69 |
| **Gross** | | 79.75 | 1446.53 | 37344.94 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 123.99 | 3457.50 |
| Medicare | | | 20.97 | 541.50 |
| Social Security | | | 89.69 | 2315.39 |
| Penn. State W/H(H/1) | | | 44.41 | 1146.50 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 14.47 | 373.47 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 46.00 |
| Pennsylvania UI/HC/WF | | | 0.87 | 22.42 |
| **Deductions** | | | | |
| 401 K % | | | 43.40 | 148.42 |
| AD&D | | | 2.54 | 58.42 |
| Accident Insurance | | | 3.76 | 86.48 |
| Voluntary Critical EE | | | 1.15 | 26.45 |
| Voluntary Life Employee | | | 4.62 | 106.26 |
| **Net Pay** | | | 1094.66 | 29016.13 Voucher No. 215178506DD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 1094.66 | 29016.13 A/C:8215 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken Available |
|---|---|---|---|
| 401 K % - Match | 10.85 | 37.10 | *Company Match |

# Earnings Statement

| | | |
|---|---|---|
| Pay Date: | 10/25/2019 | Company: 0ZD57 - ANRO INC |
| Period Start: | 10/06/2019 | 931 SOUTH MATLACK STREET |
| Period End: | 10/19/2019 | WEST CHESTER PA 19382 |

Emp #: A171
Dept: 50 - Bindery
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 80.00 | 1440.00 | 27886.50 |
| Overtime | 27.00 | 12.00 | 324.00 | 1937.25 |
| Sick | 18.00 | 0.00 | 0.00 | 288.00 |
| Vacation | 18.00 | 0.00 | 0.00 | 1440.00 |
| Holiday | 18.00 | 0.00 | 0.00 | 936.00 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 3410.66 |
| **Gross** | | 92.00 | 1919.03 | 35898.41 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 182.54 | 3333.51 |
| Medicare | | | 27.83 | 520.53 |
| Social Security | | | 118.98 | 2225.70 |
| Penn. State W/H(H/1) | | | 58.91 | 1102.09 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 19.19 | 359.00 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 44.00 |
| Pennsylvania UI/HC/WF | | | 1.15 | 21.55 |
| **Deductions** | | | | |
| 401 K % | | | 57.57 | 105.02 |
| AD&D | | | 2.54 | 55.88 |
| Accident Insurance | | | 3.76 | 82.72 |
| Voluntary Critical EE | | | 1.15 | 25.30 |
| Voluntary Life Employee | | | 4.62 | 101.64 |
| **Net Pay** | | | 1438.79 | 27921.47 | Voucher No. 213141100SDD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 1438.79 | 27921.47 A/C:8215 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | 14.39 | 26.25 *Company Match | | |

| Pay Date: | 10/11/2019 | Company: 0ZD57 - ANRO INC | Emp #: A171 |
| Period Start: | 09/22/2019 | 931 SOUTH MATLACK STREET | Dept: 50 - Bindery |
| Period End: | 10/05/2019 | WEST CHESTER  PA  19382 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 78.50 | 1413.00 | 26446.50 |
| Overtime | 27.00 | 0.50 | 13.50 | 1613.25 |
| Sick | 18.00 | 0.00 | 0.00 | 288.00 |
| Time out | 0.00 | 8.00 | 0.00 | 0.00 |
| Vacation | 18.00 | 0.00 | 0.00 | 1440.00 |
| Holiday | 18.00 | 0.00 | 0.00 | 936.00 |
| Opt out Benefits Waiver Bonus | | | 155.03 | 3255.63 |
| **Gross** | | 87.00 | 1581.53 | 33979.38 |
| **W/H Taxes** | | | | |
| Federal W/H(H/1) | | | 139.71 | 3150.97 |
| Medicare | | | 22.93 | 492.70 |
| Social Security | | | 98.05 | 2106.72 |
| Penn. State W/H(H/1) | | | 48.55 | 1043.18 |
| 151205,WEST GOSHEN TWP/WEST CHESTER | | | 15.82 | 339.81 |
| LST 151205,WEST GOSHEN TWP/WEST CH | | | 2.00 | 42.00 |
| Pennsylvania UI/HC/WF | | | 0.95 | 20.40 |
| **Deductions** | | | | |
| 401 K % | | | 47.45 | 47.45 |
| AD&D | | | 2.54 | 53.34 |
| Accident Insurance | | | 3.76 | 78.96 |
| Voluntary Critical EE | | | 1.15 | 24.15 |
| Voluntary Life Employee | | | 4.62 | 97.02 |
| **Net Pay** | | | 1194.00 | 26482.68  Voucher No. 210574291DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1194.00 | 26482.68 A/C:8215 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match | | 11.86 | 11.86 *Company Match | |

PULMONARY CONSULTANTS INC
CCMC P O B II SUITE 422
CHESTER PA 19013-3995

OR
EE ID: 53   DD

SARAH WENDOWSKI
1030 CHESTNUT ST
TRAINER PA 19061

## PERSONAL AND CHECK INFORMATION

Sarah Wendowski
1030 Chestnut St
Trainer, PA 19061
Soc Sec #: xxx-xx-xxxx   Employee ID: 53

Home Department: 200 Staff

Pay Period: 01/20/20 to 02/02/20
Check Date: 02/06/20   Check #: 16356

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9998 | 795.66 | 2356.99 |
| NET PAY | 785.66 | 2356.99 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | R/AV. BAL. |
|---|---|---|
| Vacation | 16.05 hrs | 13.75 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL. |
| Sick | 24.00 hrs | 44.06 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL. |
| Personal | 8.00 hrs | 40.00 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 13.3900 | 1071.20 | 200.00 | 2678.00 |
| Sick | | | | 24.00 | 321.36 |
| Vacation | | | | 16.00 | 214.24 |
| Total Hours | 80.00 | | | 240.00 | |
| Gross Earnings | | | 1071.20 | | 3213.60 |
| Total Hrs Worked | 80.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 66.41 | 199.24 |
| Medicare | | 15.54 | 46.60 |
| Fed Income Tax | S 2 | 63.72 | 191.16 |
| PA Income Tax | | 32.89 | 98.67 |
| PA Unemploy | | 0.64 | 1.92 |
| PA I UPLA-Del LS | | 2.00 | 6.00 |
| PA UPLAN-Del In | | 29.46 | 88.38 |
| TOTAL | | 210.66 | 631.97 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Life Insurance | 6.40 | 19.20 |
| Misc | 18.48 | 55.44 |
| Roth 401k EE | 50.00 | 150.00 |
| TOTAL | 74.88 | 224.64 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 785.66 | 2356.99 |

Originals by Paychex, Inc.

0027 0827-F596 Pulmonary Consultants Inc • CCMC P O B II SUITE 422 • Chester PA 19013-3995 • (610) 019-7456

PULMONARY CONSULTANTS INC
CCMC P O B II SUITE 422
CHESTER PA 19012-3995

OFFICE ID:
EE ID: 53      DD

SARAH WENDOWSKI
1030 CHESTNUT ST
TRAINER PA 19061

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Sarah Wendowski
1030 Chestnut St
Trainer, PA. 19061
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Home Department: 200 Staff

Pay Period: 01/06/20 to 01/19/20
Check Date: 01/23/20    Check #: 18345

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9988 | 785.66 | 1571.33 |
| NET PAY | 785.66 | 1571.33 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 16.00 hrs | 12.75 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 24.00 hrs | 7.39 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 0.00 hrs | 40.00 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 56.00 | 13.3900 | 749.84 | 120.00 | 1606.80 |
| Sick | 24.00 | 13.3900 | 321.36 | 24.00 | 321.36 |
| Vacation | | | | 16.00 | 214.24 |
| Total Hours | 80.00 | | | 160.00 | |
| Gross Earnings | | | 1071.20 | | 2142.40 |
| Total Hrs Worked | 56.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 66.42 | 132.83 |
| Medicare | | 15.53 | 31.06 |
| Fed Income Tax | S 2 | 63.72 | 127.44 |
| PA Income Tax | | 32.89 | 65.78 |
| PA Unemploy | | 0.64 | 1.28 |
| PA LUPLA-DelLS | | 2.00 | 4.00 |
| PA UPLAN-Del In | | 29.46 | 58.92 |
| TOTAL | | 210.66 | 421.31 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Life Insurance | 6.40 | 12.80 |
| Misc | 18.48 | 36.96 |
| Roth 401k EE | 50.00 | 100.00 |
| TOTAL | 74.88 | 149.76 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 785.66 | 1571.33 |

PULMONARY CONSULTANTS INC
CCMC P O B II SUITE 422
CHESTER PA 19013-3995

5827-F590
ORDER
EE ID: 53        CD

SARAH WENDOWSKI
1030 CHESTNUT ST
TRAINER PA 19061

**PERSONAL AND CHECK INFORMATION**
Sarah Wendowski
1030 Chestnut St
Trainer, PA 19061
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Home Department: 200 Staff

Pay Period: 12/23/19 to 01/05/20
Check Date: 01/09/20    Check #: 18328
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9988 | 785.67 | 785.67 |
| NET PAY | 785.67 | 785.67 |

**TIME OFF (Based on Policy Year)**

| DESCRIPTION | AMT TAKEN | TOTAL BAL. |
|---|---|---|
| Vacation | 16.00 hrs | 13.75 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL. |
| Sick | 0.00 hrs | 31.38 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL. |
| Personal | 0.00 hrs | 40.00 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 64.00 | 13.3900 | 856.96 | 64.00 | 856.96 |
| | Vacation | 16.00 | 13.3900 | 214.24 | 16.00 | 214.24 |
| | Total Hours | 80.00 | | | 80.00 | |
| | Gross Earnings | | | 1071.20 | | 1071.20 |
| | Total Hrs Worked | 64.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 66.41 | 66.41 |
| | Medicare | | 15.53 | 15.53 |
| | Fed Income Tax | S 2 | 63.72 | 63.72 |
| | PA Income Tax | | 32.89 | 32.89 |
| | PA Unemploy | | 0.64 | 0.64 |
| | PA LUPLA-Del LS | | 2.00 | 2.00 |
| | PA UPLAN-Del in | | 29.46 | 29.46 |
| | **TOTAL** | | 210.65 | 210.65 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Life Insurance | 6.40 | 6.40 |
| | Misc | 18.48 | 18.48 |
| | Roth 401k EE | 50.00 | 50.00 |
| | **TOTAL** | 74.88 | 74.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 785.67 | 785.67 |

PULMONARY CONSULTANTS INC.
CCMC P O B II SUITE 422
CHESTER PA 19013-3995

SARAH WENDOWSKI
1030 CHESTNUT ST
TRAINER PA 19061

**PERSONAL AND CHECK INFORMATION**

Sarah Wendowski
1030 Chestnut St
Trainer, PA 19061
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Home Department: 200 Staff

Pay Period: 12/09/19 to 12/22/19
Check Date: 12/26/19    Check #: 18308

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9988 | 784.61 | 19980.81 |
| NET PAY | 784.61 | 19980.81 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 70.25 hrs | 2.75 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 82.00 hrs | 24.72 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 40.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 13.3900 | 1071.20 | 1875.75 | 24499.02 |
| Personal | | | | 14.00 | 182.00 |
| Personal Time | | | | 26.00 | 338.00 |
| Holiday | | | | 8.00 | 104.90 |
| Sick | | | | 82.00 | 1072.24 |
| Vacation | | | | 74.25 | 969.54 |
| Total Hours | 80.00 | | | 2080.00 | |
| Gross Earnings | | | 1071.20 | | 27164.80 |
| Total Hrs Worked | 80.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 66.42 | 1684.22 |
| Medicare | | 15.53 | 393.82 |
| Fed Income Tax | S 2 | 64.77 | 1601.74 |
| PA Income Tax | | 32.89 | 834.02 |
| PA Unemploy | | 0.84 | 16.20 |
| PA LUPLA-Del LS | | 2.00 | 52.00 |
| PA UPLAN-Del to | | 29.46 | 747.04 |
| TOTAL | | 211.71 | 5329.11 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Life Insurance | 6.40 | 166.40 |
| Misc | 18.48 | 480.48 |
| Roth 401k EE | 50.00 | 1308.00 |
| TOTAL | 74.88 | 1954.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 784.61 | 19980.81 |

PULMONARY CONSULTANTS INC
CCMC P O B II SUITE 422
CHESTER PA 19013-3999

0827-F590
EE ID: 53        DD

SARAH WENDOWSKI
1030 CHESTNUT ST.
TRAINER PA 19061

## PERSONAL AND CHECK INFORMATION

Sarah Wendowski
1030 Chestnut St
Trainer, PA 19061
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Home Department: 200 Staff

Pay Period: 11/25/19 to 12/08/19
Check Date: 12/12/19   Check #: 18289

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9988 | 784.61 | 19098.20 |
| NET PAY | 784.61 | 19098.20 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 70.25 hrs | 9.75 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 82.05 hrs | 24.72 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 40.00 hrs | 0.00 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 77.00 | 13.3900 | 1031.03 | 1795.75 | 23427.32 |
| Personal | | | | 14.00 | 162.00 |
| Personal Time | | | | 26.00 | 338.00 |
| Holiday | | | | 8.00 | 104.00 |
| Sick | | | | 82.00 | 1072.24 |
| Vacation | 3.00 | 13.3900 | 40.17 | 74.25 | 989.54 |
| Total Hours | 80.00 | | | 2000.00 | |
| Gross Earnings | | | 1071.20 | | 26093.60 |
| Total Hrs Worked | 77.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 66.41 | 1817.80 |
| Medicare | | 15.54 | 378.36 |
| Fed Income Tax | S 2 | 64.77 | 1536.97 |
| PA Income Tax | | 32.89 | 801.13 |
| PA Unemply | | 6.64 | 15.56 |
| PA LUPLA-Dei.E.S | | 2.00 | 50.00 |
| PA UPLAN-Dei In | | 29.46 | 717.58 |
| TOTAL | | 211.71 | 5117.40 |

### DEDUCTIONS

| DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Life Insurance | | 6.40 | 160.00 |
| Misc | | 18.48 | 462.00 |
| Roth 401k EE | | 50.00 | 1258.00 |
| TOTAL | | 74.88 | 1680.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 784.61 | 19098.20 |

Payrolls by Paychex, Inc.

PULMONARY CONSULTANTS INC
CCMC P O B II SUITE 422
CHESTER PA 19013-3995

0027
OFFICE
EE ID: 53    DD

Payrolls by Paychex, Inc.

SARAH WENDOWSKI
1030 CHESTNUT ST
TRAINER PA 19061

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Sarah Wendowski
1030 Chestnut St
Trainer, PA 19061
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Home Department: 200 Staff

Pay Period: 11/11/19 to 11/24/19
Check Date: 11/27/19    Check #: 18227

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9968 | 784.61 | 18311.59 |
| NET PAY | 784.61 | 18311.59 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 67.25 hrs | 12.75 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 82.00 hrs | 18.05 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 40.00 hrs | 0.00 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 72.00 | 13.3900 | 964.08 | 1718.75 | 22995.79 |
| Personal | | | | 14.00 | 182.00 |
| Personal Time | | | | 26.00 | 338.00 |
| Holiday | | | | 8.00 | 104.00 |
| Sick | | | | 82.00 | 1072.24 |
| Vacation | 8.00 | 13.3900 | 107.12 | 71.25 | 929.37 |
| Total Hours | 80.00 | | | 1920.00 | |
| Gross Earnings | | | 1071.20 | | 35022.40 |
| Total Hrs Worked | 72.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 66.42 | 1651.39 |
| Medicare | | 15.53 | 362.82 |
| Fed Income Tax | S 2 | 64.77 | 1472.30 |
| PA Income Tax | | 32.89 | 768.24 |
| PA Unemploy | | 0.64 | 14.92 |
| PA LUPLA-Del LS | | 2.00 | 48.00 |
| PA UPLAN-Del 16 | | 29.46 | 688.12 |
| TOTAL | | 211.71 | 4905.69 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Life Insurance | 6.40 | 153.60 |
| Misc | 18.48 | 443.52 |
| Roth 401k EE | 50.00 | 1208.00 |
| TOTAL | 74.88 | 1805.12 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 784.61 | 18311.59 |

Payrolls by Paychex, Inc.

0027 0827-F590 Pulmonary Consultants Inc • CCMC P O B II SUITE 422 • Chester PA 19013-3995 • (610) 619-7480

PULMONARY CONSULTANTS INC
CCMC P O B II SUITE 422
CHESTER PA 19013-3895

0827-F590
Offit Kurman
EE ID: 53     GD

SARAH WENDOWSKI
1030 CHESTNUT ST
TRAINER PA 19061

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Sarah Wendowski
1030 Chestnut St
Trainer, PA 19061
Soc Sec #: xxx-xx-xxxx     Employee ID: 53

Home Department: 200 Staff

Pay Period: 10/28/19 to 11/10/19
Check Date: 11/14/19     Check #: 18260

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9988 | 784.62 | 17526.98 |
| NET PAY | 784.62 | 17526.98 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 59.25 hrs | 29.75 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 82.00 hrs | 18.05 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 40.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 64.00 | 13.3900 | 856.96 | 1646.75 | 21432.71 |
| Personal | | | | 14.00 | 182.00 |
| Personal Time | | | | 26.00 | 338.00 |
| Holiday | | | | 8.00 | 104.00 |
| Sick | 16.00 | 13.3900 | 214.24 | 82.00 | 1072.24 |
| Vacation | | | | 61.25 | 822.75 |
| Total Hours | 80.00 | | | 1840.00 | |
| Gross Earnings | | | 1071.20 | | 23951.20 |
| Total Hrs Worked | 64.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 66.41 | 1464.97 |
| Medicare | | 15.53 | 347.29 |
| Fed Income Tax | S 2 | 64.77 | 1407.43 |
| PA Income Tax | | 32.69 | 735.35 |
| PA Unemploy | | 0.54 | 14.28 |
| PA LUPLA-DallLS | | 2.00 | 46.00 |
| PA UPLAN-DelRn | | 29.46 | 658.66 |
| TOTAL | | 211.70 | 4693.98 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Life Insurance | 6.40 | 147.20 |
| Misc | 18.48 | 425.04 |
| Roth 401k EE | 53.00 | 1158.00 |
| TOTAL | 74.88 | 1730.24 |

| NET PAY | THIS PERIOD ($) 784.62 | YTD ($) 17526.98 |
|---|---|---|

Payrolls by Paychex, Inc.

0027 6827-F590 Pulmonary Consultants Inc · CCMC P O B II SUITE 422 · Chester PA 19013-3895 · (610) 618-7460

PULMONARY CONSULTANTS INC
CCMC P O B N SUITE 422
CHESTER PA. 19013-3925

0827-F590
EE ID: 53    DD

SARAH WENDOWSKI
1030 CHESTNUT ST
TRAINER PA. 19061

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**

Sarah Wendowski
1030 Chestnut St.
Trainer, PA. 19061
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Home Department: 200 Staff

Pay Period: 10/14/19 to 10/27/19
Check Date: 10/31/19    Check #: 18232

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9988 | 761.38 | 16742.36 |
| NET PAY | 761.38 | 16742.36 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 59.25 hrs | 20.75 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 65.00 hrs | 27.36 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 40.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 13.0000 | 1040.00 | 1582.75 | 20575.75 |
| Personal | | | | 14.00 | 152.00 |
| Personal Time | | | | 26.00 | 338.00 |
| Holiday | | | | 8.00 | 104.00 |
| Sick | | | | 66.00 | 858.00 |
| Vacation | | | | 63.25 | 822.25 |
| Total Hours | 80.00 | | | 1760.00 | |
| Gross Earnings | | | 1040.00 | | 22880.00 |
| Total Hrs Worked | 80.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 64.48 | 1418.56 |
| Medicare | | 15.08 | 331.75 |
| Fed Income Tax | S 2 | 61.03 | 1342.66 |
| PA Income Tax | | 31.93 | 702.46 |
| PA Unemploy | | 0.62 | 13.64 |
| PA UPLAN-Del LS | | 2.00 | 44.00 |
| PA UPLAN-Del In | | 28.60 | 629.20 |
| TOTAL | | 203.74 | 4482.28 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Life Insurance | 6.40 | 140.80 |
| Misc | 18.48 | 406.56 |
| Roth 401k EE | 50.00 | 1108.00 |
| TOTAL | 74.88 | 1655.36 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 761.38 | 16742.36 |

PULMONARY CONSULTANTS INC.
CCMC P O B II SUITE 422
CHESTER PA 19013-3965

SARAH WENDOWSKI
1030 CHESTNUT ST
TRAINER PA 19061

## PERSONAL AND CHECK INFORMATION

Sarah Wendowski
1030 Chestnut St
Trainer, PA 19061
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Home Department: 200 Staff

Pay Period: 09/30/19 to 10/13/19
Check Date: 10/17/19    Check #: 18227

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9988 | 761.38 | 15980.98 |
| NET PAY | 761.38 | 15980.98 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 59.25 hrs | 20.75 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 56.00 hrs | 27.38 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 45.00 hrs | 0.00 hrs |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 72.00 | 13.0000 | 936.00 | 1502.75 | 19635.75 |
| Personal | | | | 14.00 | 182.00 |
| Personal Time | | | | 26.00 | 338.00 |
| Holiday | | | | 8.00 | 104.00 |
| Sick | | | | 66.00 | 858.00 |
| Vacation | 8.00 | 13.0000 | 104.00 | 63.25 | 822.25 |
| Total Hours | 80.00 | | | 1680.00 | |
| Gross Earnings | | | 1040.00 | | 21840.00 |
| Total Hrs Worked | 72.00 | | | | |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 64.48 | 1354.08 |
| Medicare | | 15.08 | 316.68 |
| Fed Income Tax | S 2 | 61.03 | 1281.83 |
| PA Income Tax | | 31.93 | 670.53 |
| PA Unemploy | | 0.62 | 13.02 |
| PA LUPLA-Del LS | | 2.00 | 42.00 |
| PA UPLAN-Del in | | 28.60 | 600.60 |
| TOTAL | | 203.74 | 4278.54 |

## DEDUCTIONS

| DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Life Insurance | | 6.40 | 134.49 |
| Msc | | 18.48 | 388.08 |
| Roth 401k EE | | 50.00 | 1058.00 |
| TOTAL | | 74.88 | 1580.48 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 761.38 | 15980.98 |

PULMONARY CONSULTANTS INC
CCMC P O B II SUITE 422
CHESTER PA 19013-3895

EE ID: 53      DD

SARAH WENDOWSKI
1030 CHESTNUT ST
TRAINER PA 19061

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Sarah Wendowski | | Regular | 72.50 | 13.0000 | 942.50 | 1430.75 | 18599.75 |
| 1030 Chestnut St | | Personal | | | | 14.00 | 162.00 |
| Trainer, PA 19061 | | Personal Time | | | | 26.00 | 338.00 |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 53 | | Holiday | | | | 8.00 | 104.00 |
| | | Sick | | | | 66.00 | 868.00 |
| Home Department: 200 Staff | | Vacation | 7.50 | 13.0000 | 97.50 | 55.25 | 718.25 |
| | | Total Hours | 80.00 | | | 1600.00 | |
| Pay Period: 09/16/19 to 09/29/19 | | Gross Earnings | | | 1040.00 | | 20800.00 |
| Check Date: 10/03/19   Check #: 19287 | | Total Hrs Worked | 72.50 | | | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 9988 | 761.38 | 15219.60 |
| NET PAY | 761.38 | 15219.60 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 64.48 | 1289.60 |
| | Medicare | | 15.08 | 301.60 |
| | Fed Income Tax | S 2 | 61.03 | 1220.60 |
| | PA Income Tax | | 31.93 | 638.60 |
| | PA Unemploy | | 0.62 | 12.40 |
| | PA UI/FLA-Def LS | | 2.00 | 40.00 |
| | PA UI/PLAN-Def in | | 28.60 | 572.00 |
| | TOTAL | | 203.74 | 4074.80 |

| TIME OFF (Based on Policy Year) | | |
|---|---|---|
| DESCRIPTION | AMT/TAKEN | TOTAL BAL |
| Vacation | 31.25 hrs | 28.75 hrs |
| DESCRIPTION | AMT/TAKEN | TOTAL BAL |
| Sick | 68.50 hrs | 27.38 hrs |
| DESCRIPTION | AMT/TAKEN | TOTAL BAL |
| Personal | 40.00 hrs | 0.00 hrs |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Life Insurance | 6.40 | 128.00 |
| | Misc | 18.48 | 369.60 |
| | Roth 401k EE | 50.00 | 1008.00 |
| | TOTAL | 74.88 | 1505.60 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 761.38 | 15219.60 |

Payrolls by Paychex, Inc.

0027 0827-F590 Pulmonary Consultants Inc • CCMC P O B II SUITE 422 • Chester PA 19013-3895 • (610) 619-7460