UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|     Vincent Wendowski | :    Chapter 13 |
| | :    Case No.: 20-11964-MDC |
|     Debtor(s) | : |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this __19th__ day of __March__, 2021 upon consideration of the Second Motion to Modify Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor' Motion;

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge