```
              UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

4/5/2021

To:  BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

                    In re: Vincent Wendowski.
                    Bankruptcy No. 20-11964-mdc
                    Adversary No.
                    Chapter 13

       Re:__Supplemental Application for Compensation
The above pleading was filed in this office on 3/3/2021 .  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

        ()    Affidavit
        ()    Certificate of Service
        (xx)  Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
                  objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                         Timothy B. McGrath
                         Clerk


                    By:  _____C. Wagner_____
                              Deputy Clerk

status.frm
(rev. 11/26/2018)