# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Wendowski<br>　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　v.<br>Vincent Wendowski<br>　　　　and<br>Kenneth E. West Esq.<br>　　　　　Trustee | Chapter 13<br><br><br>NO. 20-11964 MDC |

## ORDER

AND NOW, this 17th day of February 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 4, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNYMAC LOAN SERVICES, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1030 Chestnut Street Trainer, PA 19061.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Vincent Wendowski
1030 Chestnut Street
Trainer, PA 19061

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532