# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-11964-MDC

VINCENT  WENDOWSKI

1030 CHESTNUT STREET

TRAINER, PA 19061

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    VINCENT  WENDOWSKI

    1030 CHESTNUT STREET

    TRAINER, PA 19061

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                              /S/ Kenneth E. West

Date: 2/28/2022                            _____

                                              Kenneth E. West, Esquire
                                              Chapter 13 Standing Trustee